FILED

NOT FOR PUBLICATION

MAY 05 2011

UNITED STATES COURT OF APPEALS

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

FOR THE NINTH CIRCUIT

DANIEL TORRES BAUTISTA and
YADIRA DOMINGUEZ DE TORRES,

Petitioners,

v.

ERIC H. HOLDER, Jr., Attorney General,

Respondent.

No. 07-72945

Agency Nos. A095-178-011
A095-178-012

MEMORANDUM[*]

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted May 2, 2011[**]
Pasadena, California

Before: SILVERMAN, TALLMAN, and CLIFTON, Circuit Judges.

Daniel Torres Bautista and Yadira Dominguez de Torres, husband and wife

and natives and citizens of Mexico, petition for review of the Board of Immigration

---

[*] This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**] The panel unanimously concludes this case is suitable for decision without oral argument. See Fed. R. App. P. 34(a)(2).

Appeals' ("BIA") order denying their motion to reopen based on ineffective assistance of counsel. We dismiss the petition for review.

The petition for review is dismissed for lack of jurisdiction because it was filed out of time. *See Singh v. INS*, 315 F.3d 1186, 1188 (9th Cir. 2003) (noting that the 30-day time limit for filing is mandatory and jurisdictional, and begins to run when the BIA mails its decision to petitioner's counsel of record).

**PETITION FOR REVIEW DISMISSED.**